# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY T. RUSHING,<br><br>                Petitioner,<br><br>    v.<br><br>RON BARNES, Warden,<br><br>                Respondent. | Case No. CV 12-9533-RGK (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 19, 2013

                                               R. GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE